IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

ARIEL A. ADLA
(Re'Naul M. Johnson),
Plaintiff(s)/Petitioner(s)

vs.                   CIVIL ACTION NO. _____
(To be supplied by Clerk of Court)

HONORABLE RICHARD ALLEN, et al.,
Defendant(s)/Respondent(s)

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, Ariel A. Adla, a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed in *forma pauperis* in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

I. **BRIEF STATEMENT AS TO THE NATURE OF THE ACTION:** Eighth (8th) Amendment violation, Cruel And Unusual Punishment, Denial of a constitutionally adequate standard medical care, treatment and/or therapy.

II. **RESIDENCE:**
Your address: G.K. Fountain Correctional Center, Fountain 3800
(Street)
Atmore        Alabama        36503-3800
(City)          (State)          (Zip Code)

III. **MARITAL STATUS:**
1. Single __x__   Married ____   Separated ____   Divorced ____
2. If married, spouse's full name: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

IV. **DEPENDENTS:**
1. Number: __∅__
2. Relationship to dependent(s): XXXXXXXXXXXXXXX   N/A   XXXXXXXXXXX
3. How much money do you contribute toward your dependents' support on a monthly basis? $ __N/A__

Revised 4/10/06

V. **EMPLOYMENT**:
1. Name of employer: XXXXXXXXXXXXXXXX   N/A   XXXXXXXXXXXXXXXXX
   a. Address of employer: XXXXXXXXXXXXX   N/A   XXXXXXXXXXXXXXXXX
                                    (Street)
   XXXXXXXXXXXXXXXXXXXXXXXXXXXXX   N/A   XXXXXXXXXXXXXXXXXXXX
   (City)            (State)            (Zip Code)
   b. How long have you been employed by present employer?
      Years: __N/A__        Months __N/A__
   c. Income: Monthly $____N/A____ or Weekly $____N/A____
   d. What is your job title? XXXXXXXXXXXXX   N/A   XXXXXXXXXXXXXXX

2. If unemployed, date of last employment: __September, 2003,__
   Amount of salary and wages received per month in last employment: $ 2,500.00

3. Is spouse employed? __N/A__ If so, name of employer: __N/A__
   XXXXXXXXXXXXXXXXXXXXXXXXXXXXX   N/A   XXXXXXXXXXXXXXXXXXXXX
   a. Income: Monthly $____N/A____ or Weekly $____N/A____
   b. What is spouse's job title? XXXXXXXXXXX   N/A   XXXXXXXXXXXXXXX

4. Are you and/or your spouse receiving welfare aid? ____NO____
   If so, amount: Monthly $____N/A____ or Weekly $____N/A____

VI. **FINANCIAL STATUS**
1. Owner of real property (excluding ordinary household furnishings and clothing):
   a. Description: XXXXXXXXXXXXXXXXX   N/A   XXXXXXXXXXXXXXXXXX
   b. Full Address: XXXXXXXXXXXXXXXXX   N/A   XXXXXXXXXXXXXXXXXX
   c. In whose name: XXXXXXXXXXXXXXX   N/A   XXXXXXXXXXXXXXXXXX
   d. Estimated value ------------------------- $____0____
   e. Total amount owed ---------------------- $____0____
      Owed to: XXXXXXXXXX   N/A   XXXXXXXXXXX   $____0____
               XXXXXXXXXX   N/A   XXXXXXXXXXX   $____0____

   f. Annual income from property ------------- $____0____

2. Other assets/property, such as automobiles, boats, motor homes, court judgments, etc. (If more than two, list information on back):
   a.                              Asset (1)           Asset (2)
      Make & Model:                __N/A__             __N/A__
      In whose name registered?    __N/A__             __N/A__
      Present Value of Asset:      __N/A__             __N/A__
      Amount owed:                 __N/A__             __N/A__
      Owed to:                     __N/A__             __N/A__
   b. Total cash in banks, savings and loan associations, prisoner accounts,

2

  financial institutions, other repositories, or anywhere else - $ _____ 0_____

 c. List monies received by you during the last twelve (12) months, or held for you by banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:
Business, profession or other forms of self-employment - $ _____ 0_____
Rent payments, interest or dividends - - - - - - - - - - - - - $ _____ 0_____
Pensions, annuities or life insurance payments - - - - - - $ _____ 0_____
Gifts or inheritances - - - - - - - - - - - - - - - - - - - - - - - $ _____ 0_____
Stocks, bonds or notes - - - - - - - - - - - - - - - - - - - - - $ _____ 0_____
Tax refunds, Veteran benefits or social security benefits $ _____ 0_____
Any other sources - - - - - - - - - - - - - - - - - - - - - - - - $ _____ 0_____

3. Obligations:
 a. Monthly rental on house or apartment - - - - - - - - - - - $ _____ 0_____
 b. Monthly mortgage payments on house - - - - - - - - - - - $ _____ 0_____

4. Other information pertinent to your financial debts and obligations:

| XXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXX |
|---|---|---|
| (Creditor) | (Total debt) | (Monthly payment) |
| XXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXX |
| (Creditor) | (Total debt) | (Monthly payment) |
| XXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXX | XXXXXXXXXXXXXXXX |
| (Creditor) | (Total debt) | (Monthly payment) |

5. If you have indicated that you have minimal or no assets or income, please explain how you provide for your basic living needs such as food, clothing and shelter. (*e.g.* food stamps, family assistance or charitable contributions.)
_Incarcerated and totally sependant on the Alabama_
_Department Of Corrections, for support of basic and_
_and essential necessities._

Other (Explain): XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

VII. **ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN**:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

| | |
|---|---|
| _____ | _____ |
| **DATE** | **SIGNATURE OF PLAINTIFF/PETITIONER** |
| | G.K. Fountain Correctional Center Fountain 3800 |
| | **ADDRESS** |
| | Atmore, Alabama 36503-3800 |

VIII. **FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:**

A financial statement containing all transactions in your prisoner account for the six (6) months immediately preceding the filing of the Complaint **must** accompany this Motion. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

I hereby authorize the agency having custody of me to collect from my prison account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2). I understand that even if I am allowed to proceed in forma pauperis or pay a partial filing fee and even if my case is later dismissed for any reason, I am obligated to pay to the Clerk of the Court the full amount of the filing fee ($350.00 for a civil action, $5.00 for a habeas corpus petition, or $455.00 for an appeal).

April 13, 2007                Ariel A. Adla (Re' Naul M. Johnson)
DATE                          SIGNATURE OF PLAINTIFF/PETITIONER

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 0.30 on account to his/her credit at FOUNTAIN CORRECTIONAL CTR. (name of institution). I further certify that during the past 12 months the applicant's average monthly balance was $ 2.94. I further certify that during the past 12 months the average of monthly deposits to the applicant's account was $ 0.00. (Please attach a certified copy of the applicant's account statement showing transactions for the past six months.)

4-13-07                       Valeria Spates
DATE                          SIGNATURE OF AUTHORIZED OFFICER

5

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
FOUNTAIN CORRECTIONAL CENTER

AIS #: 166237    NAME: JOHNSON, RENAUL MARCUS    AS OF: 04/13/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| APR | 17 | $19.81 | $0.00 |
| MAY | 31 | $11.22 | $0.00 |
| JUN | 30 | $0.92 | $0.00 |
| JUL | 31 | $0.64 | $0.00 |
| AUG | 31 | $0.30 | $0.00 |
| SEP | 30 | $0.30 | $0.00 |
| OCT | 31 | $0.30 | $0.00 |
| NOV | 30 | $0.30 | $0.00 |
| DEC | 31 | $0.30 | $0.00 |
| JAN | 31 | $0.30 | $0.00 |
| FEB | 28 | $0.30 | $0.00 |
| MAR | 31 | $0.30 | $0.00 |
| APR | 13 | $0.30 | $0.00 |
| Average 12 months balance | | $2.94 | $0.00 |

Valeria Spates, PMOD Clerk

STATE OF ALABAMA, ESCAMBIA COUNTY, SWORN AND SUBSCRIBED BEFORE ME THIS 13TH DAY OF APRIL 2007.

_____, Notary Public