IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RE'NAUL M. JOHNSON, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 07-0278-KD-M |
| RICHARD ALLEN, et al., | : |
| Defendants. | : |

ORDER

This action is before the Court on Plaintiff's Motion to Proceed Without Prepayment of Fees (Doc. 2). Plaintiff's motion is not signed. Rule 11(a) of the Federal Rules of Civil Procedure requires that all pleadings or motions be signed. Therefore, Plaintiff is **ORDERED** by **May 29, 2007**, to sign and return his motion to the Court. The failure to comply with this Order within the prescribed time may result in the dismissal of this action for failure to prosecute and to obey the Court's Order.

The Clerk is **DIRECTED** to send Plaintiff his original motion and to retain a copy of Plaintiff's motion in the Court's file.

DONE this 27th day of April 2007.

s/BERT W. MILLING,
UNITED STATES MAGISTRATE JUDGE