IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


ARIEL A. ADLA       *
(RE'NAUL M. JOHNSON),    *
     **Plaintiff,**      *
                  *
**VS.**              *   CIVIL ACTION NO.: <u>07-0278-KD-M</u>
                  *
                  *
HONORABLE RICHARD     *
FRANK ALLEN, et al.,      *
     **Defendant(s).**     *

FILED MAY 9 '07 PM 1:23 USDC ALS

**<u>PLAINTIFF'S MOTION FOR LEAVE TO
AMENDED/SUPPLEMENTED
COMPLAINT TO ORIGINALLY FILED
42 UNITED STATES CONSTITUTION (U.S.C.) § 1983
CIVIL RIGHTS COMPLAINT</u>**


    **COMES NOW,** Ariel A. Adla (Re'Naul M. Johnson, #166237, the Plaintiff(s),

pro se, pursuant to the original 42 U.S.C. §1983 Civil Rights Complaint and

Federal Rules Of Court-Federal Rules Of Civil Procedure (Fed. R. Civ. P.),

Rule 15(a), and in addition to the original 42 U.S.C. §1983 Civil Right(s)

Complaint, as filed within the lawful jurisdiction of this Court, on April 5, 2007,

does hereby move and request, for this Court to amend and/or supplement the

original 42 U.S.C.§1983 Civil Right(s) Complaint, prior to perfecting service,

pursuant to the Federal Rules Of Civil Procedure (Fed. R. Civ. P.), Rule 4.


1

**DONE ON THIS** __4th__ **DAY OF MAY, 2007.**

Respectfully Submitted,

Ariel A. Adla

(Re'Naul M. Johnson, #166237),
**COMPLAINTANT, PRO SE,**

2



U.S. POSTAGE
PAID
ATMORE, AL
36502
MAY 08, 07
AMOUNT
$0.00
00023459-02

36602

UNITED STATES
POSTAL SERVICE

0000

PRIORITY
MAIL
UNITED STATES POSTAL SERVICE ®
www.usps.com

Label 107R, February 2006

United States District Court
Southern District Of Alabama
ATTN: Honorable Charles R. Diard
113 St. Joseph Street
Mobile, Alabama  36602

LEGAL

UNITED STATES POSTAGE   $ 00.39⁰
PITNEY BOWES
02 1A
0004309410   MAY 08 2007
MAILED FROM ZIPCODE 36502

PRIORITY
$ 00.39⁰
MAY 08 2007
PITNEY BOWES

Ariel A. Adla
(Re Naul M. Johnson, #166237)
G.K. Fountain Correctional Center
Fountain 3800
Atmore, Alabama

CONFIDENTIAL, PERSONAL AND PRIVATE