IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| RE'NAUL M. JOHNSON, | * |
| (ARIEL AASIYA ADLA), | * |
| **Plaintiff,** | * |
| | * |
| | * |
| | * CIVIL ACTION NO.: 07-0278-KD-M |
| VS. | * |
| | * |
| | * |
| HONORABLE RICHARD | * |
| FRANK ALLEN, Commissioner, | * |
| et al., | * |
| **Defendant.** | * |

**PLAINTIFF'S MOTION TO WAIVE POSTING OF
FINANCIAL SECURITIES, AS REQUIRED TO FILE AN
APPLICATION FOR A TEMPORARY RESTRAINING ORDER
AND OR IN THE ALTERNATIVE PRELIMINARY INJUNCTION**

**COMES NOW,** Re'Naul M. Johnson (Ariel Aasiya Adla), the Plaintiff, pro se, pursuant to the Alabama Federal Rules Of Court-Federal Rules Of Civil Procedure (A. Fed. R. Cr. P.), Rule 65(c), does hereby move and request, for this Honorable Court to waive any and all securities, required to be posted within the Application For A Temporary Restraining Order And/Or In The Alternative Application For A Preliminary Injunction, as being thereby filed, by the Plaintiff, the Applicant, for th e purposes of seeking, Temporary Restraining Order and/or in the alternative Preliminary Injunctive Relief, for ground(s), as hereby follows:

1. The Plaintiff is an inmate currently incarcerated within the confinements of the Alabama Department Of Corrections, at G.K. Fountain Correctional Center, Fountain 3800, Atmore, Alabama 36503-3800.

2. The Plaintiff has been declared indigent, by this Honorable Court, for the purpose of prosecuting this instant said cause of action, and therefore, as a subsequent result this Court has allowed the Plaintiff to proceed within this said cause of action, in Forma Pauperis.

3. The Plaintiff is currently is indigent and unable to post any financial securities within this regard, at this time, theretofore.

4. This Honorable Court has the use of its lawful discretion to excuse, an impoverished litigant from posting security. **Orantes-Hernandez v. Smith**, 541 F.Supp. 351, 385 n. 30 (C.D. Cal. 1982); J.L. v.Parham, 412 F.Supp. 112, 140 (D. Ga. 1976), rev'd on other ground(s), 442 U.S. 584, 99 S.Ct. 2493 (1979). Therefore, in view of the serious violation(s), as abridged of the Plaintiff's constitutional right(s), as guaranteed and secured, under the governing provision(s) of the United States Constitution, thereby confronting the Plaitniff, this Honorable Court should grant the relief requested with the Application for Temporary Restraining Order And/Or In The Alternative Preliminary Injunction without requiring the posting of any financial security.

**WHEREFORE, ALL PREMISES BEING HEREBY, CONSIDERED,**

the Plaintiff, pro se, prays, for this Honorable Court to grant this motion, and thereby waive and all securities, as maybe required to filing Application for Temporary Restraining Order And/Or In The Alternative Preliminary Injunction, along with any and all other equitable relief, in which, this Court deems appropriate, necessary and proper, thereof.

Respectfully Submitted,

*/s/ Re'Naul M. Johnson*
*/s/ Ariel A. Adla*
Re'Naul M. Johnson, #166237,
(Ariel A. Adla)
**Plaintiff, pro se,**

2

## CERTIFICATE OF SERVICE

I do hereby certify that on this _____ day of April, 2007, I have served a copy of the foregoing **Plaintiff's Motion To Waive Posting Of Financial Securities, As Required To File An Application For A Temporary Restraining Order And/Or In The Alternative Preliminary Injunction,** by placing an exact copy of same within the Internal Inmate Mailing System, at G.K. Fountain Correctional Center, Fountain 3800, Atmore, Alabama 36503-3800 (United States Mail), postage pre-paid First-Class and properly addressed, as hereby, follows:

Alabama Department Of Corrections
Legal Division
**ATTN: Honorable Kim Tobis Thomas**
Assistant General Counsel
Assistant Attorney General
101 Union Street
Post Office Box 301555
Montgomery, Alabama 36130

                    Respectfully Submitted,

_____
**Re'Naul M. Johnson, #166237,
(Ariel Aasiya Adla),**
G.K. Fountain Correctional Center
Fountain 3800
Atmore, Alabama 36503-3800

3