# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

RE'NAUL M. JOHNSON     *
(ARIEL A. ADLA),     *
    **Plaintiff,**     *
    *
    *
VS.     *    **CASE NO.:**    **07-0278-KD-M**
    *
    *
HONORABLE RICHARD FRANK     *
ALLEN, et al.,     *
    **Defendant(s).**     *

## PETITIONER'S DECLARATION AFFIDAVIT IN SUPPORT OF PETITIONER'S APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR IN THE ALTERNATIVE APPLICATION FOR A PRELIMINARY INJUNCTION

**COMES NOW, Re'Naul M. Johnson (Ariel A. Adla),** the Plaintiff, pro se,

pursuant to the Alabama Rules Of Court-Alabama Federal Rules Of Civil

Procedure (A. Fed. R. Civ. P.), Rule 65, whose name is otherwise unknown to

the undersigned Notary Public, for the State Of Alabama, at Large, and thereby,

being personally known to me, does hereby, affirm, attest, depose and/or swears

under such Oath of notary, as follow:

    1. My correct, legal, and true name is **Princess Ariel Aasiya Adla.**

However, I am currently convicted and sentenced within the physical

confined control, custody and security of the State Of Alabama Department

Of Corrections, under my former name of **Re'Naul M. Johnson.**

2. I am the Petitioner, pro se, within this said instant cause of action.

3. I am currently incarcerated within the confinements of the Alabama Department Of Corrections, at G.K. Fountain Correctional Center, Fountain 3800, Atmore, Alabama 36503-3800.

4. I am over twenty-one (21) years of age, and I do have personal knowledge of the fact(s), as hereby, follow:

5. I have been incarcerated within the physical care, custody and control of the Alabama Department Of Corrections, since October 21, 2004, thereby, serving a Fifty (50) year sentence, as imposed, by the Circuit Court Of Houston County, Alabama, Twentieth (20Th) Judicial Circuit, in regards to Houston County, Alabama, Circuit Court, Case Number CC-03-1861, Assault II (Second (2nd) Degree), as defined, pursuant to the Criminal **Code Of Alabama**, 1975, as amended, Title §13A-6-21(a)(5); along with the criminal offense of Intimidating A Witness, as defined, pursuant to the Criminal **Code Of Alabama**, 1975, as amended, Title §13A-10-123.

6. I was sentenced, by the Circuit Court Of Houston County, Alabama, Twentieth (20Th) Judicial Circuit, to serve a prison term (sentence) of Twenty-five (25) years on each criminal offense, as charged, to be served consecutive to the other, in which is an aggregate total prison term (sentence) to be served in prison.

7. As set forth within the written contents of this referenced 42 United States Constitution §1983 Civil Right(s) Complaint, in which was filed within the lawful jurisdiction of the United States District Court, For The Southern District, Mobile, Alabama, I was medically and psychologically diagnosed with Gender Identity Disorder, particularly, Gender Dysphoria, specifically, Transsexual Type, years prior to my current incarceration within the Alabama Department Of Corrections (A.D.O.C.).

8. Prior to my current incarceration, my medical diagnosis of Gender Identity, particularly, Gender Dysphoria, specifically, Transsexual Type, has been medically treated for years with Estrogen, hormonal therapy, specifically, Premarin, at 1.25 mg. three (3) times each (per) day. **(See Exhibit #1 )**

9. Also, prior to my current incarceration, my medical diagnosis of Gender Dysphoria, Transsexual Type was medically treated with the a constitutionally structured prescribed standard medical care of treatment and therapy, namely, an estrogen (effeminate) hormonal therapy, in the form of Premarin, initially at .32 mg. each (per), in which later was advanced, by Dr. Jack Blalock, M.D., Endocrinologist, Manchester Parkway, Columbus, Georgia, in which, at a latter time, such prescribed dosage was prescribed, for me to take this prescribed medication, at 1.25 mg., three (3) day each (per) day. **(See Exhibit #2 )**

3

10.    On October 2, 2003, after, an arrest, for committing alleged criminal

offense(s), I was booked and placed within the physical care and control of the

Houston County Jail, where, I was incarcerated within that confinement,

until October 21, 2004, where, in which, at such time, I was released, from,

the physical custody of the Houston County Jail, to the physical care,

custody and control of the Houston County, Alabama, Sheriff's Department,

Houston County Jail, to the actual physical care, custody and control of the

Alabama Department Of Corrections, (A.D.O.C.).

11.    Throughout my entire incarceration within the confinements of the

Houston County Jail, Dothan, Alabama, from October 2, 2003, through,

October 21, 2004, with the exception, from late August, 2003, or the beginning

of September, 2003, in which such treatment was to be temporarily interrupted,

due to the fact that Houston County Jail's medical physician, Dr. Banner, M.D.,

needed to get an accurate reading on some of my blood work, in regards to my

liver, in which me receiving hormonal therapy, during this period in all

probability would have led to inaccurate blood work, in regards to my liver,

so Dr. Banner, M.D., issued a written order of instruction to have my hormonal

treatment and therapy temporarily interrupted, until, he had completed my blood

work, in regards to my liver, I was medically treated with the prescribed

hormonal medical care, treatment and therapy of Estrogen, specifically,

Premarin, at 1.25 mg. three (3) times each (per) day.

12. On October 21, 2004, after being released, from, the physical care, custody and control of the Houston County Jail, Dothan, Alabama, and upon entering, the Alabama Department Of Corrections, my medically prescribed hormonal medical care, treatment and therapy, in the prescribed form of Estrogen, specifically, Premarin, at 1.25 mg. three (3) times each (per) day, as prescribed, by qualified medical specialist was discontinued, and therefore, as a subsequent result, at the period of time, I then, became deprived of a constitutionally structured prescribed adequate standard of medical care, treatment and therapy, in which, I had been receiving, for years, prior to this current incarceration within the confinements of the Alabama Department Of Corrections, (A.D.O.C.).

13. The Alabama Department Of Corrections, thereby, contracted to Prison Healthcare Services (hereinafter referred to as PHS), its constitutional duty of providing adequate healthcare to inmates, in which are confined within their immediate physical care, custody and control.

14. On October 21, 2004, upon me entering and being placed into the physical care, custody and control of the Alabama Department Of Corrections, the Alabama Department Of Corrections, thereby initially, failed to employ, an administrative directive/regulation, in which should have mandated, a constitutionally recognized structure prescribed adequate standard medical care, treatment and therapy, for treating the medical diagnosis of Gender Identity Disorder, particularly, Gender Dysphoria, specifically,

Transexual Type.

15. On December 4, 2004, Dr. Donna Earnshaw, M.D., employed,
by Mental Healthcare Management, Inc., (hereinafter referred to as MHM),
contracted, by the Alabama Department Of Corrections to provide inmate inmate
healthcare services, and assigned to G.K. Fountain Correctional Center, Fountain
3800, Atmore, Alabama 36503-3800, advised Dr. Robert Barnes, M.D.,
employed, by Prison Healthcare Services (hereinafter referred to as PHS), also
contracted, by the Alabama Department Of Corrections to provide inmate
healthcare and medical services, and also, assigned to G.K. Fountain
Correctional Center, Fountain 3800, Atmore, Alabama 36503-3800, on several
distinct, different and separate instances and occasions, that it would be the
best interest of my medical and psychological health to re-instate, the prescribed
standard medical care, treatment and therapy, in which I had been receiving,
for years, Dr. Earnshaw, M.D., also advised, Dr. Barnes, M.D., the medical
treatment (specifically, female hormonal therapy), in which and had actively
received, for years prior to my incarceration had been verified, by the record,
however, Dr. Barnes, M.D., still failed and refused to comply with the adequate
standard care of medical treatment and therapy, as prescribed, by qualified
medical specialist, as I had received, for years prior to my current incarceration.

16. On February 18, 2005, Jerry Ferrell, Head Warden, G.K. Fountain
Correctional Center, Fountain 3800, Atmore, Alabama 36503-3800, within the
contents of a written affidavit of Warden Ferrell, as submitted to another court,

6

regarding another unrelated matter.  Warden Ferrell, stated that, the Plaintiff's,

as listed and named within this instant said cause of medical complaints have

centered around the Plaintiff seeking a "sex change" procedure and/or hormone

therapy.  Within the content(s) of Warden Ferrell's writtten affidavit, he further

stated that, "as a warden of a male correctional facility and as a taxpayer of the

State Of Alabama and this Defendant (he/Warden Ferrell) hopes and prays that

medical treatment in that form is denied and will continue to be denied.

This Defendant (he/Warden Ferrell) avers that Plaintiff has not been denied other

reasonable medical treatment."  Thus Warden Ferrell was deliberately indifferent

to my specific medical diagnoses of Gender Dysphoria-Transsexual Type,

in which recognized, by the United States Constitution, as a serious medical need.

**(See Exhibit #4)**

  17.  On November 16, 2005, the Alabama Department Of Corrections,

thereby released, a publicized administrative regulation, specifically,

the Alabama Department Of Corrections-Administrative Regulation #637,

**GENDER IDENTITY DISORDER(S)**, in which specifically, mandated and

prescribed the particular and specific constitutionally structured standard of

prescribed adequate medical care, treatment and therapy, in which was to be

prescribed to inmates incarcerated within the confinements of the Alabama

Department Of Corrections that was diagnosed with Gender Identity Disorder,

specifically, Gender Dysphoria-Transsexaul Type, Male-To-Female.

**(See Exhibit #5)**

18. On May 27, 2006, Dr. Robert Barnes, M.D., finally without incident, thereby wrote a standing medical order and instruction, for me to be re-instated, Estrogen (female) Hormones, specifically, Menest, also a form of Estrogen, an equivalent to Premarin, at 1.25 mg., Three (3) times (per) each day, for a hundred twenty (120) day period of time to last through, September 23, 2006, in which, such constitutionally structured prescribed adequate standard medical care, treatment and therapy that I received prior to my current incarceration within the confinements of the Alabama Department Of Corrections, and such medical care, treatment and therapy, in which, Dr. Barnes, M.D., actively prescribed, on May 26, 2006, was mandated, according to the governing authority of the Alabama Department Of Corrections-Administrative Regulation #637, GENDER IDENTITY DISORDER. **(See Exhibit(s) 3 & 5)**

19. On July 27, 2006, the Alabama Department Of Corrections, through, Dr. George Lyrene, as employed, as the Director or Assistant Director Of Inmate Medical Treatment, singularly, by himself, overrode the majority of the appointed committee and treatment team, under the authority of PHS and MHM, as established, by the Alabama Department Of Corrections-Administration Regulation #637, **GENDER IDENTITY DISORDER(S)**, in which are concurrently and actively in charge of treating inmates incarcerated within the physical care of the Alabama Department Of Corrections that has been associated with the diagnosis of Gender Identity Disorder(s), as proscribed, pursuant to the authority of the Alabama Department Of Corrections-

8

Administrative Regulation, #637, **GENDER IDENTITY DISORDER(S)**,

thereby arbitrarily and capriciously with deliberate indifference, intervened

and interrupted the decision and authorization of the majority of the committee

was actually in favor of re-instating female hormonal therapy, in which was

subsequently received, by me, prior to my current incarceration. The authorized

treatment committee, as established, under the governing authority of the

Alabama Department Of Corrections, concurred with the constitutionally

standard medical care and treatment of female hormones, as prescribed to me,

by my free-world medical specialist, and thus, on May 4, 2004,

thereby authorized Dr. Robert Barnes, M.D., Institutional Medical Physician

to prescribe and order such, in which was prescribed, ordered and received,

by me, on May 26, 2006. However, on July 27, 2006, Dr. George Lyrene, M.D.,

abruptly discontinued the structured prescribed constitutional standard medical

care, treatment and therapy of the Plaintiff's female hormonal therapy,

as prescribed, by Dr. Barnes, M.D., Institutional Medical Physician,

as authorized, by the medical treatment team, as established, under the governing

authority of the Alabama Department Of Corrections, for such written prescribed

order and instruction, as prescribed, written and ordered, by Dr. Barnes, M.D.,

was prescribed and order, for the Plaintiff to receive, throughout, September

26, 2006. **(See Exhibit #3)**

20. Since, I have been incarcerated within the confinements of the
Alabama Department Of Corrections, through, their deliberate indifference
of the Eighth (8th) Amendment, as guaranteed and secured, under the governing
provision(s) of the United States Constitution, along through their own
departmental authority, as provided, under the Great Seal of the State Of
Alabama, pursuant to the governing provision(s) of the Alabama Department Of
Corrections-Administrative Regulation, #637, **GENDER IDENTITY
DISORDER(S)**, I have been deprived of a constitutionally structured,
prescribed standard of medical care, treatment and/or therapy, as I actually
received, prior to my current incarceration. I have also suffered irreparable
damage harm and injury, in which, the Defendant(s) was the proximate cause of
the injuries received. As a result of my deprivation, in which, I received,
from the Defendant(s), as listed and named within this instant said cause
of action, I have experienced excessive weight gain, complete body fat
redistribution, dizzy spells, fainting spells, headaches, hot-flashes, anxiety,
severe depression, more depression than usual, as associated with this particular
and specific medical, psychiatric and psychological diagnosis, Gender Dysphoria
Transsexual Type, Male-To-Female, the growth of first time facial hair, in which
it is mandated and required, by the Alabama Department Of Corrections, for an
inmate (prisoner) to be clean shaved, at all times. This subsequently caused me
to suffer skin scarring in my face, as a subsequent result of me having to shave
on a daily basis, in a sincere effort of removing any facial hair, from my face,

10

as mandated and required of me within my immediate environment, by the inmate
rules and regulations of the Alabama Department Of Corrections.

**(See Exhibit(s) 6 & 7)**

21. The irreparable damage, harm and injuries, in which, I have received,
as a result of the deliberate conduct of the Defendant(s), as listed and named
within this instant said cause of action is cruel and unusual punishment and the
proximate cause of such injuries, due to their breach of inherited duty of uphold
their oath, along with their failure and/or refusal to uphold the Alabama
Constitution, 1901, along with the their failure and/or refusal to honor and
respect the governing provision(s) of the Eighth (8th) Amendment, as guaranteed
and secured, by the United States Constitution.

22. For the foregoing reason(s), this Most Honorable Court should grant
the Plaintiff, Application For A Temporary Restraining Order And/Or In The
Alternative An Application For A Preliminary Injunction, in all aspect(s),
thereof.

I DO HEREBY ACKNOWLEDGE THAT STATEMENT(S) AS
CONTAINED WITHIN THE WRITTEN CONTENT(S) OF THIS
AFFIDAVIT IN SUPPORT OF APPLICATION FOR A TEMPORARY
RESTRAINING ORDER AND/OR IN THE ALTERNATIVE
APPLICATION FOR A PRELIMINARY INJUNCTION.

X _____          5-4-07
Re'Naul M. Johnson                         **Date**
(Ariel A. Adla)
**Petitioner, pro se,**
**Affiant**


**STATE OF ALABAMA**
**COUNTY OF ESCAMBIA**


      **SWORN TO AND SUBSCRIBED BEFORE ME** on this 4 day

of May _____, 2007.


_____
**NOTARY PUBLIC**              My Commission Expires:

                              ___1/12/2011___

12

## CERTIFICATE OF SERVICE

I do hereby certify that on this _4th_ day of ___May___ , 2007, I have

served a copy of the foregoing **Plaintiff's, Affidavit In Support Of**

**Application For A Temporary Restraining Order And/Or In The**

**Alternative Application For A Preliminary Injunction,** by placing, a true

and exact copy of same within the Internal Inmate Mailing System,

at G.K. Fountain Correctional Center, Fountain 3800, Atmore,

Alabama 36503-3800 (United States Mail), postage pre-paid and properly

addressed, as hereby, follows:

Alabama Department Of Corrections
Legal Division
**ATTN:  Honorable Kim Tobis Thomas**
Assistant General Counsel
Assistant Attorney General
101 Union Street
Post Office Box 301555
Montgomery, Alabama  36130

Respectfully Submitted,

**Re'Naul M. Johnson, #166237,**
**(Ariel A. Adla)**
G.K. Fountain Corr. Center
Fountain 3800
Atmore, Alabama  36503-3800

EXHIBIT #1

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | |
|---|---|
| RE'NAUL M. JOHNSON, (#166237), | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. CV-2005-645 |
| | ) |
| ALABAMA DEPARTMENT OF | ) |
| CORRECTIONS, et al., | ) |
| | ) |
| Respondents. | ) |

## Affidavit of Robert Hunter, MD

Before me, the undersigned authority, a Notary Public, in and for said County and State of Alabama at Large, personally appeared Robert Hunter, MD, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

My name is Robert Hunter, MD, and I am over twenty-one (21) years of age. Upon the request of Ron Cavanaugh, PsyD, Alabama Department of Corrections, Director of Treatment, I reviewed the records of ReNaul Johnson AIS #166237 and prepared the attached Memorandum dated May 4, 2006.

Robert Hunter, MD
MHM, Inc. Alabama

SWORN TO AND SUBSCRIBED before me this 5th day of May, 2006.

NOTARY PUBLIC

MY COMMISSION EXPIRES 3/6/08

1

# Memo

**To:**   Ron Cavanaugh, PsyD
            ADOC, Director of Treatment

**From:** Robert Hunter MD
            MHM, Inc Alabama

**Date:** May 4, 2006

**Re:**    Inmate Re'Naul Johnson #166237

This is a treatment summary on inmate Re'Naul Johnson #166237, who is a 38 year old African American, presently incarcerated at Fountain Correctional Facility. This summary is based on review of the mental health records from December 2004 to present, including his initial psychiatric assessment by Donna Earnshaw, MD on December 3, 2004, as well as subsequent progress notes. Mr. Johnson is a pre-op transsexual treated with Premarin for at least a seven year period prior to incarceration. He had been living as a "woman" for some time and was expecting to have sexual reassignment surgery prior to his arrest. Since being in ADOC custody he has not been on any hormonal treatment, resulting in the inmate seeking redress through the courts. He has suffered from anxiety and depression associated with the before mentioned concerns, and as such has been followed by the mental health staff at Fountain. His initial psychiatric assessment noted him as being quite feminine in appearance and demeanor, but otherwise normal except for situational anxiety. He was given a diagnosis of Gender Identity Disorder and Adjustment Disorder with Mixed Features of Anxiety and Depression. He has been prescribed antidepressants, such as Effexor, Prozac and Wellbutrin at various times. Presently, he is on Wellbutrin 150 mg per day and Trazadone 50 mg at bedtime. His treatment course has been fairly stable. There have been no episodes of self-injurious or suicidal behavior; or any instances of aggression or violence. He has been free of any psychotic symptoms. He continues to have anxiety and depression, which seems situational. His compliance with treatment has varied. He regularly attends his sessions with his primary therapist, Dr. Lindman, as well as with Dr. Earnshaw. He has been resistant to involve himself in group therapy, and at times will not take his medication as prescribed. He will not go to pill call for fear of being around other inmates. He continues to assert the courts will rule in his favor for hormonal therapy and remains insistent for this procedure.

If there are any further questions, please feel free to contact me at 334-264-9460.

EXHIBIT #2

# JACK H. BLALOCK, JR. M.D. P.C.

ADOLESCENT · MEDICINE · ENDOCRINOLOGY

*CONFIDENTIAL MEDICAL RECORDS*

NUMBER OF PAGES TRANSMITTED INCLUDING THIS COVER PAGE 3

DATE: 12/29/04          TIME: _____

FAX TO: PHS _____

FAX# 334-215-9126

## FACSIMILE TRANSMISSION

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS PRIVILEGED AND CONFIDENTIAL AND INTENDED ONLY FOR THE USE OF THE ADDRESSEE LISTED ABOVE. IF YOU ARE NEITHER THE INTENDED RECIPIENT, EMPLOYEE, OR AGENT RESPONSIBLE FOR DELIVERING THIS INFORMATION TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR TAKING OF ANY ACTION IN RELIANCE ON THE CONTENT OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COPY IN ERROR, PLEASE CONTACT US BY PHONE IMMEDIATELY AT 706-327-4317.     THANK YOU.

Office 706 / 327-4317
FAX 706 / 327-0936

ST. FRANCIS MED. PARK BLDG. F-1 · 2300 MANCHESTER EXPRESSWAY · COLUMBUS

CONFIDENTIAL MEDICAL RECORDS

NAME Adla, Ariel

CHART # 13867

DATE 6-13-03          WEIGHT 306          HEIGHT 5'8½"          BP

(124/30 of 1)

**ARIEL ADLA**
**JUNE 13, 2003**

SUB.;   This young lady is a transexual and has been treated for the past year.
She's not allergic to anything. She's been on estrogen for about a year and a half and stopped. Insurance has changed. She's taking care of three kids and she's busy. She's planning a surgery with Johns Hopkins at Tampa. She has been cleared with Dr. Ferrell who referred her up here. She has no history of lupus or any hypertension problems, although today her blood pressure is up and she's quite heavy.

OBJ.;   Heart sounds, normal. Carotids, normal. Thyroid, normal. She says her blood pressure stays normal at home.

PLAN;   1. Premarin 0.3, twice a day
        2. RTC three weeks. If pressure is not down then, we'll add Aldactone. We'll see.

JHB/ch

6-30-03   Wt 304   Ht 5'8½"   B/P   138/86 N

**ARIEL ADLA**
**JUNE 30, 2003**

SUB.;   She's doing quite well. She's taking her medication. She stopped the Effexor on her own. She's taking Premarin 0.32 a day without problems. Her blood pressure is acceptable.

PLAN;   1. Add Aldactone, 100mg. day, using generic.
        2. RTC six months

JHB/ch

EXHIBIT #3

**Johnson, Renaul**   ID#:166237   **1464**
Menest
**1.25MG / Tab**   Prescriber: Barnes, Robert
A467 - Fountain Correctional Facility - Population **Keep On Person**
Take 1 tablet(s) by mouth Three
Times Daily   **251560485**



Fill: 6/15/2006
Stop: 9/23/2006
Start: 5/27/2006
NFA thru:
RPh:

QTY: **30** of 90

2 of 3   **FR13C10**

# IN THE CIRCUIT COURT OF
## ESCAMBIA COUNTY ALABAMA

RE'NAUL M. JOHNSON )
)
    **Plaintiff,** )
)
v. )   CV 2005-21.60
)
JERRY FERRELL, et. al )
)
    **Defendant** )

## AFFIDAVIT

Before me, the undersigned authority, personally appeared Jerry Ferrell, who is known to me, and who, after being by me first duly sworn according to the law deposes and says that he is informed of and has personal knowledge of the matters set forth in this Affidavit.

My name is Jerry Ferrell. I am currently employed as Warden III with the State of Alabama Department of Corrections at Fountain Correctional Facility, Atmore, Alabama. I am over twenty-one years of age.

I have read Case No. CV-2005-21.60 and understand plaintiff to allege that he has been denied medical, dental, and psychological treatment while assigned at G.K. Fountain Correctional Center and that as a result plaintiff has suffered pain and mental anguish.

This defendant avers that medical, dental and psychological treatment is available. Inmates request medical, dental treatment via institutional medical/dental screening. This defendant avers that plaintiff has been seen for medical and dental complaints. Plaintiff's medical complaints have centered around plaintiff seeking a "sex change" procedure and/or hormone therapy. As a warden



DEFENDANT'S
EXHIBIT
5

of a male correctional facility and as a taxpayer of the State of Alabama this defendant hopes and prays that medical treatment in that form is denied and will continue to be denied. This defendant avers that plaintiff has not been denied other reasonable medical treatment.

This defendant avers that plaintiff has requested and received dental treatment. Records reflect that dental personnel have recommended an extraction of plaintiff's tooth but plaintiff has refused an extraction and requested a temporary filling and has twice received a temporary filling per his request.

Records also reflect plaintiff is seeing mental health on a regular basis and is being treated with medication.

This defendant avers that medical, dental and psychological treatment has been and continues to be received by plaintiff, less and except a sex change procedure and/or hormone treatment.

FURTHER AFFIANT SAYETH NAUGHT.

_____
JERRY FERRELL

Sworn and subscribed to before me this _18th_ day of February 2005.

_____
NOTARY PUBLIC

My Commission Expires Aug. 20, 2007
_____
MY COMMISSION EXPIRES



### State of Alabama
## Alabama Department of Corrections
301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130

**Bob Riley**
GOVERNOR

**Donal Campbell**
COMMISSIONER

November 16, 2005

ADMINISTRATIVE REGULATION          OPR: TREATMENT
NUMBER          637

### GENDER IDENTITY DISORDER

I.     **GENERAL**

This Alabama Department of Corrections (ADOC) Administrative Regulation (AR) establishes the responsibilities, policies, and procedures to ensure a standard of care for the treatment of transsexual inmates.

II.     **POLICY**

It is the policy of the ADOC to provide the appropriate treatment to inmates meeting the criteria for the DSM-IV diagnosis of Gender Identity Disorder.

III.     **DEFINITIONS**

See AR 602, *Mental Health Definitions*, for a definition of the following terms used in this AR:

Gender Identity Disorder

Hormonal Replacement Treatment

Sexual Reassignment Therapy

Sex Offender

Transsexualism

Gender Identity Disorder Management and Treatment Committee

## IV.     __RESPONSIBILITIES__

    A.     The Director of Treatment is responsible for ensuring that all ADOC staff and contracted mental health staff are aware of this AR.

    B.     The Gender Identity Disorder Management and Treatment Committee is responsible for determining the appropriate treatment plan for identified inmates.

## V.     __PROCEDURES__

    A.     Inmates will be assigned to an ADOC Institution in accordance with their gender as determined by their external genitalia.

    B.     The initiation of sexual reassignment is prohibitive in a correctional setting. Self-inflicted genital mutilation or other forms of self-mutilation are contraindications for sexual reassignment treatment.

    C.     Inmates entering ADOC with prior surgical alteration of genitals and/or hormonal therapy procedures will continue to receive maintenance hormone replacements.

    D.     The institutional Psychiatrist will refer any inmate presenting with symptoms of Gender Identity Disorder to the Gender Identity Disorder Management and Treatment Committee.

        1.     The committee is comprised of the ADOC Medical Director, Contract Chief Psychiatrist, and ADOC Director of Treatment.

        2.     A medical specialist in the treatment of transsexuals may be retained as a consultant on specific cases.

        3.     The diagnosis of Gender Identity Disorder will be based on DSM-IV criteria and will be assigned and/or approved by this committee. This committee will:

            a.     Conduct an evaluation of each identified inmate.

            b.     Develop an individualized treatment plan for each identified inmate.

            c.     The treatment plan will address medical, mental health, and personal adjustment needs.

    E.     Sexual reassignment treatment:

        1.     No surgical procedures for the purpose of sexual reassignment will be provided to any inmate incarcerated in the ADOC.

AR 637 – November 16, 2005

2.  Treatment with hormonal medications for the purpose of sexual reassignment treatment will not be initiated while incarcerated in the ADOC.

3.  An inmate receiving hormonal medications as part of an established sexual reassignment treatment regimen under the supervision of a medical doctor at the time of incarceration will be allowed to continue hormonal medications.

4.  Prior sexual reassignment treatment must be verified through the request of medical records.

F.  Statistical data gathered concerning inmates identified with a Gender Identity Disorder will be recorded on ADOC Form MH-015, *Psychological Evaluation* or ADOC Form MH-014, *Psychological Evaluation Update,* for monthly reporting to the ADOC Director of Treatment.

## VI. **DISPOSITION**

Refer to AR 601, *Mental Health Forms and Disposition.*

## VII. **FORMS**

Refer to AR 601, *Mental Health Forms and Disposition*, for any form(s) used in this regulation.

## VIII. **SUPERCEDES**

This regulation being a new regulation does not supercede any other regulation at this time.

## IX. **PERFORMANCE** This AR is published under the authority of:

A.  National Commission of Correctional Health Care: Standards for Health Services in Prisons 2003. (P-A-09).

B.  Department of Mental Health and Mental Retardation Statutory Authority: The Code of Alabama, 1975, Section 22-50-11.

C.  Health Insurance Portability and Accountability Act of 1996 (HIPAA).

Donal Campbell, Commissioner

AR 637 – November 16, 2005

IN   (DISCIPLINARY PROGR__

EXHIBIT # 6

| DATE | TIME | NOTES |
|------|------|-------|
| 2/4/05 | 874 | *(illegible handwritten clinical notes)* |
| 2/7/05 | 5 | Pt. seen monthly contact. No reported s/s of dep. reported being anxious/unable in self-concept class. "I want to be dropped from the class." Pt. states the reason for anxiety to be peers unable to *(illegible)* the same level by lowering *(illegible)* to *(illegible)* not being of the same or similar intelligence. |
| | | O: 36 y/o BM alert, orientated, Rational |
| | | A: stable |
| | | P: see in 4 wks for monthly contact — Lonnie Richardson, MS, MH *(illegible)* |
| 2/?/05 | S | *(illegible handwritten clinical notes)* |

UNFIDENTIAL MEDICAL RECORDS

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Johnson, Renard | 166237 | 36 | B/m | FCC |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 2-18-05 | | *[handwritten clinical note, largely illegible]* Note: Functions as a "heterosexual female" in the free world and in *[illegible]* prison. Sex *[illegible]* adjustment is being *[illegible]* remedies. Seeks accommodation *[illegible]* in *[illegible]* healthcare cost. | |
| | | A- Complex adjustment related *[illegible]* with secondary hormonal changes *[illegible]*. *[illegible]* in depression of a moderate extent. *[illegible]* for *[illegible]* suicide risk *[illegible]* as *[illegible]* term. | |
| | | P- Continue to treat for depression. | |
| | | - Monitor *[illegible]* for frequency and intensity. | |
| | | - Provide supportive follow-up. *[illegible]* | |
| | | | Woosley, M.D. |

CONFIDENTIAL MEDICAL RECORDS

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Johnson, Renard | 166237 | 36 | B/M | FCC |

F-61

## INTERDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|
| 1-13-05 | Continued | Inmate stated Dr. Prince prescribed medication to increase alertness and since he has been incarcerated and off meds he's having difficulty maintaining. | |
| | | O: 36 yr old B/M, alert & irritable however, relaxed as session continued | |
| | | A: Overwhelmed | |
| | | P: See ??? 4 wks or as needed F/u w/ nurse/medical to assess sleep D/o | Dr. Brown, Ph.D. ???? |
| 1-28-05 | 1540 | Inmate seen in office | |
| | | S: "I'd like it moved to AM. I was supposed to take it in AM but missed. That's ??? I had diabetic finger sticks, so I wanted it @ PM. But now that I have to get up & get finger sticks @ 3A I'd get my meds then, too. | |
| | | O: A A O. Denies ST HT, hallu. SF MAR shows many blanks for med admin. Reports heard Dr Brown wrote note to ??? re hormone therapy; upset re feeling he's getting "run around" about getting Premarin therapy. Reviewed request via ??? A for Prozac Wellbutrin. | |
| | | A: Gender identity %, depression, anxiety. | |
| | | P: Continue Prozac 40mg & Wellbutrin 150, but o/c HS c move to AM. RTC 2-3 mos. | D. Earnshaw M.D. |

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Johnson, Renaul | 166237 | 36 | B/m | FCC |

F-61

CONFIDENTIAL MEDICAL RECORDS

## ALABAMA DEPARTMENT OF CORRECTIONS
### MENTAL HEALTH SERVICES
### PSYCHIATRIC EVALUATION
CONFIDENTIAL MEDICAL RECORD
#### PAGE 1

**Referred by:**
☒ Admission to Institution ☐ Mental Health Staff ☐ Medical Staff ☐ Other_____

**Reason for Referral (Presenting Problem):** Mood swings 2° missing Premarin.
Prozac 20 p̄ day  "If I can't get Premarin, I'll
Wellbutrin 75 BID  have to come off antidepressants"

**Psychiatric History (inpatient/outpatient/medications prescribed):**
36 yo BM. ⊖ 4 hosps. 12 yo 4MO - Gender dysphoria.
Dothan 4MO.
Effexor

FH: 4MO  ⊕ hx paranoid schiz.  sister "nervous breakdown last Jan.
mom's bro hosp  first suicide attempt
mom  MVA
needs to be
(sis trying to
commit mom).

**Pertinent Medical History:** Pyridium ⇒ allergic rash.
4 mos ā scheduled gender reassignment surg.
Premarin
needs antiHTN c̄ Effexor.

**Substance Abuse History:** (would have been teen suicide s̄)
Denies.  MJ as teen.

**Pertinent Personal/Family History (inmate's sentence):** 3rd incarceration.
50 yrs (earliest. 9/21/53) legal conspiracy- Montel & Oprah
Out of system 7 yrs.  waiting for papers.
Dothan  Mom (some issues now supportive), sister.
military parents.  4 kids 19, 15, 8, 6, 3
bro's bio kids. ♀ ♂  ♂ ♂
(adopted).  Grad HS

**Institutional Adjustment (current placement):** Fountain x 2 wks,  Kilby x 2 wks.
County x 8 mos.

| Inmate Name | AIS# |
|---|---|
| Johnson Renaut | 166237 |

ALDOC Form 449-05 (Page 1 of 2)

# MULTIDISCIPLINARY PROGRESS NOTES

| DATE | TIME | NOTES | SIGNATURE |
|---|---|---|---|
| 12-29-04 | | S: Sub. seen in office for Monthly contact "I am having a bad day". Ref to environment time to serve and circumstances pertaining to hormone treatment. Pt. crying at beginning of contact, contained emotions as session continued. Voiced interest in MH group (self-concept). Ø SI or HI, Reports meds are helpful in s/s of depression & anxiety but mood swings had ↑ state that hormones maybe a contributing factor, Ø Hallucinations Var A. reported O: 36 Y/o B/m emotional (crying) initially relaxed as session continued. Ø Ø x4 rational A: Overwhelmed P: ① Enroll in self concept group ② see Monthly or as needed | L Richardson MS, MHP |
| 1-13-05 | | S: Inmate seen today to discuss clinical treatment plan goals and objective. Inmate in agreement w/ plan. Signature was obtained. Inmate complained about not receiving "Hormone treatment" He stated he also continue to have difficulty staying up during the AM. Inmate reported that he had been taking medication to help him stay awake during the day. Inmate provided a name "Dr. Allen Prince John Alabama" a Neurologist. He stated his records were under the name "Ariel Adla". | Continued |

CONFIDENTIAL MEDICAL RECORDS

| Patient's Name, (Last, First, Middle) | AIS# | Age | R/S | Facility |
|---|---|---|---|---|
| Johnson, Renaul | 166237 | 36 | B/m | FCC |

F-61

EXHIBIT #7

**PHS**

## Nursing Evaluation Tool:                    **General Sick Call**

Facility: Alabama Department of Corrections

Patient Name: _Johnson, Renaul_
                                                    Last

Inmate Number: _166237_                    First                    Date of Birth: _04_ , _14_ , _1966_ MI
                                                                                              MM   DD   YYYY

Date of Report: _2_ , _16_ , _2006_         Time Seen: _2130_    AM /(PM) Circle One
                 MM    DD    YYYY

---

**Subjective:** Chief Complaint(s): _DOC advised me to do a sick call request to continue_

Onset: _my hormone therapy_

Brief History: _Hormone therapy_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Objective:** Vital Signs: (As Indicated) T: _99.0_  P: _103_  RR: _20_  B/P: _110_ / _77_   _O₂ 93%_
                                                                                                _wt 280_

Examination Findings: _On going conflict c̄ medical pertain to hormone therapy_
(Continue on back if necessary)

☐ Check Here if additional notes on back

**Assessment:** *(Referral Status)*    Preliminary Determination(s): _N/A_

☐ Referral **NOT REQUIRED**

☑ Referral **REQUIRED** due to the following: (Check all that apply)
   ☐ Recurrent Complaint (More than 2 visits for the same complaint)
   ☑ Other: _Stated advised by DOC_

_MD appt 3/11/06_   _Rescheduled for 3/31/06_
                    _Due to had/seg out_
                    _(can appt clary. officer_

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

**Plan:** Check All That Apply:
☐ Instructions to return if condition worsens.
☐ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☐ Other: _____
         (Describe)
OTC Medications given ☑ NO  ☐ YES (If Yes List): _____

Referral: ☐ NO ☑ YES (If Yes, Whom/Where): _Doctor Barnes_       Date for referral: _/_ /_
                                                                                    MM DD YYYY
Referral Type: ☑ Routine  ☐ Urgent  ☐ Emergent (if emergent who was contacted?): _____    Time

x _S. Gaillard LPN_              Name: _S Gaillard LPN_       _2/16/2006_
   Nurses Signature                      Printed

**PHS**

## Nursing Evaluation Tool:          <u>General Sick Call</u>

FOR PROFESSIONAL USE ONLY
**CONFIDENTIAL RECORD**
NOT TO BE PHOTO COPIED

Facility: Fountain Correctional Facility

Patient Name: __Johnson__               __Renau__
                          Last                              First

Inmate Number: __166239__

Date of Birth: __4__ / __14__ / __68__
                         MM      DD      YYYY

Date of Report: __11__ / __21__ / __05__
                            MM      DD      YYYY

Time Seen: __1125__   AM / PM  Circle One

<u>Subjective:</u> Chief Complaint(s): __Lymph Nodes are Swollen, I've been nausea and vomiting__

Onset: __Since last night.__

Brief History: __Complaints of Nausea and Vomiting__
(Continue on back if necessary)

☐ Check Here if additional notes on back

<u>Objective:</u> Vital Signs: (As Indicated) T: __98.5__ P: __99__ RR: __18__ B/P: __108__ / __70__

Examination Findings: __Razor bumps on face__
(Continue on back if necessary)

☐ Check Here if additional notes on back

<u>Assessment:</u> (Referral Status)          Preliminary Determination(s): _____
☑ Referral <u>NOT REQUIRED</u>

☐ Referral <u>REQUIRED</u> due to the following: (Check all that apply)
    ☐ Recurrent Complaint (More than 2 visits for the same complaint)
    ☐ Other: _____

Comment: You should contact a physician and/or a nursing supervisor if you have any concerns about the status of the patient or are unsure of the appropriate care to be given.

<u>Plan:</u> Check All That Apply:
☑ Instructions to return if condition worsens.
☑ Education: The patient demonstrates an understanding of the nature of their medical condition and instructions regarding what they should do as well as appropriate follow-up. ☐ YES ☐ NO (If NO then schedule patient for appropriate follow-up visits)
☑ Other: __Benzoil Peroxide__
         (Describe)

OTC Medications given ☐ NO ☐ YES (If Yes List): _____

Referral: ☑ NO ☐ YES (If Yes, Whom/Where): _____   Date for referral: __/__/__
                                                                                                      MM  DD  YYYY
Referral Type: ☐ Routine ☐ Urgent ☐ Emergent (if emergent who was contacted?): _____ Time

__Q. Owen   LPN__                          __J. Owens__



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL
NOT TO BE PHOTO COPIED

| ADMISSION DATE 7/17/05 | TIME 1650 ☑AM ☐PM | ORIGINATING FACILITY TCC ☐SIR ☐PDL ☐ESCAPEE | ☐SICK CALL ☑EMERGENCY ☐EQUIPMENT |
|---|---|---|---|

ALLERGIES **Peridium**

CONDITION ON ADMISSION
☑GOOD ☐FAIR ☐POOR ☐SHOCK ☐HEMORRHAGE ☐COMA

VITAL SIGNS: TEMP 98.9 ☑ORAL ☐RECTAL RESP. 18 PULSE 99 B/P 120/70 RECHECK IF SYSTOLIC <100> 50 /

Wt. 209 02 SAT 95%

**NATURE OF INJURY OR ILLNESS**

S- I'm dizzy, been throwing up, and a headache since this afternoon on & off. I've thrown up about 3 x today and I have diarreah

O- BM assisted to TCU per COI Murphy. C/o of dizzyness, feeling like he is going to pass out. Symptoms ↑ started today. Unable to hold

**PHYSICAL EXAMINATION**

anything on stomach.

A- rest in comfort

P-MD

| | ABRASION /// | CONTUSION # | BURN XX XX | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| ① Maalox 30mL BID x 7 day | | |
| 7-18-05 Review | | |
| + OK - RtPRN. | | |
| _signature_ MD | | |

DIAGNOSIS

INSTRUCTIONS TO PATIENT

| DISCHARGE DATE 7/17/05 | TIME ☐AM ☐PM | RELEASE / TRANSFERRED TO ☑DOC ☐AMBULANCE ☐ | CONDITION ON DISCHARGE ☑SATISFACTORY ☐POOR ☐FAIR ☐CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE S. Coshagin Lpn | DATE 7/17/05 | PHYSICIAN'S SIGNATURE _signature_ MD | DATE 7-18-05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Johnson, Renauel | DOC# 166237 | DOB 4/14/68 | R/S BM | FAC. TCC |
|---|---|---|---|---|



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

## EMERGENCY

| ADMISSION DATE | TIME | ORIGINATING FACILITY | FOR PROP | □ SICK CALL | □ EMERGENCY |
|---|---|---|---|---|---|

ADMISSION DATE  5/12/05    TIME 2:07:45 PM    ORIGINATING FACILITY  FCC    FOR PROP    □ SIR  □ PDL  □ ESCAPEE  □ SICK CALL  □ OUTPATIENT  □ EMERGENCY

CONFIDENTIAL RECORD  NOT TO BE PHOTO COPIED

ALLERGIES  PYRiDium

CONDITION ON ADMISSION  □ GOOD  □ FAIR  □ POOR  □ SHOCK  □ HEMORRHAGE  □ COMA

VITAL SIGNS: TEMP  99.2    RESP.  20    PULSE  88    B/P 128/86    RECHECK IF SYSTOLIC <100 > 50

**NATURE OF INJURY OR ILLNESS**

S- EVERY scine I've been off my PReMARin I've been having hot flashers and I'm having them bad today. I was taking PReMARin 1.25mg. TiD But I've been off them now for 4 months

O- To Clinic c/o having hot flashes skin warm and moist

**PHYSICAL EXAMINATION**

A- Alt in comfort

P- Chart Before M.D for Review and orders

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |
|---|---|---|---|---|

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| NO NEW ORDERS | | |

**DIAGNOSIS**  REPORT of SYMPTOMS

**INSTRUCTIONS TO PATIENT**

| DISCHARGE DATE | TIME | RELEASE / TRANSFERRED TO | CONDITION ON DISCHARGE |
|---|---|---|---|
| 5/12/05 | 08:00 AM | □ DOC □ AMBULENCE □ | □ SATISFACTORY □ POOR □ FAIR □ CRITICAL |

| NURSE'S SIGNATURE | DATE | PHYSICIAN'S SIGNATURE | DATE | CONSULTATION |
|---|---|---|---|---|
| I Bullendian | 5/12/05 | Paty B. md | 6-8-05 | |

| INMATE NAME (LAST, FIRST) | DOC# | DOB | R/S | FAC |
|---|---|---|---|---|
| Johnson   Kerri | 11/230 | 4-14-68 | B/m | Fc |



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# EMERGENCY

| ADMISSION DATE 4 / 7 / 05 | TIME 0400 AM PM | ORIGINATING FACILITY ☐ SIR ☐ PDL ☐ ESCAPEE ___ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |
|---|---|---|---|

| ALLERGIES Pyridium | CONDITION ON ADMISSION PROFESSIONAL USE ONLY ☐ GOOD ☑ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA |
|---|---|

CONFIDENTIAL RECORD
NOT TO BE PHOTOCOPIED

| VITAL SIGNS: TEMP 98.9 | ORAL RECTAL | RESP. 20 | PULSE 105 | BP 140/92 | CHECK IF SYSTOLIC <100> 50 |
|---|---|---|---|---|---|

| NATURE OF INJURY OR ILLNESS | | ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / ___ SUTURES |
|---|---|---|---|---|---|---|

S - "I'm dizzy"

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

**PHYSICAL EXAMINATION**

O - pt. fell to the floor in lobby area, then again in the HCU hall, c/o chest pain, headache, + backache

A - alt. in comfort

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P - Dr. Barnes notified, Indocin 50 mg PRN x 10 days 600 mg of Guafenasin, + # 325 mg of Tylenol, + 60 mg of Sudafed x 3 days per Dr. Barnes, 1st dose given J. Hablis, LPN | | |

| DIAGNOSIS | 4.7-05 Reviewed  Robert J. Barnes M.D. |
|---|---|

**INSTRUCTIONS TO PATIENT** Return to HCU if problems persist or worsen

| DISCHARGE DATE 4 / 7 / 05 | TIME 04 AM PM | RELEASE / TRANSFERRED TO ☑ DOC ☐ AMBULANCE ☐ | CONDITION ON DISCHARGE ☑ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |
|---|---|---|---|

| NURSE'S SIGNATURE J. Hablis, LPN | DATE 4-7-05 | PHYSICIAN'S SIGNATURE Robert J. Barnes MD | DATE 4.7.05 | CONSULTATION |
|---|---|---|---|---|

| INMATE NAME (LAST, FIRST, MIDDLE) Johnson, Renaud | DOC# 166231 | DOB 4-14-68 | R/S B/M | FAC. FCC |
|---|---|---|---|---|

PHS-MD-70007    (White – Record Copy, Yellow – Pharmacy Copy)

**EMERGENCY**

PRISON
HEALTH
SERVICES
INCORPORATED

| ADMISSION DATE 2/10/05 | TIME 04:45 ☐ AM ☐ PM | ORIGINATING FACILITY FCC ☐ SIR ☐ PDL ☐ ESCAPEE ☐ | ☐ SICK CALL ☐ EMERGENCY ☐ OUTPATIENT |

ALLERGIES Pyridium

CONDITION ON ADMISSION
☐ GOOD ☐ FAIR ☐ POOR ☐ SHOCK ☐ HEMORRHAGE ☐ COMA

VITAL SIGNS: TEMP 98 SAT 98 ORAL RECTAL weight 247 RESP. 18 P. B/P 158/98 RECHECK IF SYSTOLIC <100> 50

FOR PROFESSIONAL USE ONLY
CONFIDENTIAL RECORD
NOT TO BE PHOTO COPIED

NATURE OF INJURY OR ILLNESS

S "I just fainted I am okay"

| ABRASION /// | CONTUSION # | BURN xx xx | FRACTURE Z Z | LACERATION / _____ SUTURES |

PROFILE RIGHT OR LEFT

RIGHT OR LEFT

PHYSICAL EXAMINATION

O - Inmate to HCU - C/O fainting from come out of Kitchen area C/O dizzy - Denies any problem vision - Alert Oriented X3 Normal assessment NOSO B Observe. NO bruises Noted -

| ORDERS / MEDICATIONS / IV FLUIDS | TIME | BY |
|---|---|---|
| P - NOD to Review | | |
| 2-10-05 Reviewed + OK (just observe for present) Pat J R. md | | |

A - Alt in Health maintance

DIAGNOSIS

INSTRUCTIONS TO PATIENT

E · Return to HCU if any changes

| DISCHARGE DATE / / | TIME ☐ AM ☐ PM | RELEASE / TRANSFERRED TO ☐ DOC ☐ AMBULANCE | CONDITION ON DISCHARGE ☐ SATISFACTORY ☐ POOR ☐ FAIR ☐ CRITICAL |

| NURSE'S SIGNATURE S Daily RN | DATE | PHYSICIAN'S SIGNATURE Pat J R md | DATE 2-10-05 | CONSULTATION |

INMATE NAME (LAST, FIRST, MIDDLE)

Johnson Renaul

| DOC# 166287 | DOB 4/14/68 | R/S Bm | FAC. FCc |