IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| RE'NAUL M. JOHNSON, | * |
| (ARIEL AASIYA ADLA), | * |
| **Plaintiff,** | * |
| | * |
| | * CIVIL ACTION NO.: __07-0278-KD-M__ |
| VS. | * |
| | * |
| | * |
| HONORABLE RICHARD | * |
| FRANK ALLEN, Commissioner, | * |
| et al., | * |
| **Defendant.** | * |

## ORDER TO SHOW CAUSE
## AND TEMPORARY RESTRAINING ORDER
## AND/OR IN THE ALTERNATIVE
## PRELIMINARY INJUNCTION

Upon the supporting Affidavit of the Plaintiff and the accompanying memorandum of law, it is

**ORDERED** that _____

_____

show cause in room _____ of the United States Courthouse, For The Southern District Of Alabama, at 113 St. Joseph Street, Mobile, Alabama 36602, on the _____ day of _____, 2007, at _____ O' Clock (___:___), as to why a Preliminary Injunction should not issue, pursuant to Rule 65, Federal Rules Of Civil Procedure (Fed. R. Civ. P.), enjoining the said defendant(s), as listed and named within this said instant said cause of action, their successors

in office, agent(s) and employee(s) and all other person(s) acting in concern and participation with them, to provide a medically appropriate course of hormonal therapy, and thereby re-instate such, as received prior to the Plaintiff's current incarceration of Premarin, at 1.25 mg. Three (3) times (per) each day. In which, this form of medical treatment will employ the Plaintiff with the same employed constitutional adequate standard medical care, treatment and therapy, as received, prior to the Plaintiff's current incarceration, and subsequently comply with the **Alabama Department Of Corrections-Administrative Regulation #637, Gender Identity Disorder(s).**

**IT IS FURTHER ORDERED** that effective immediately, and pending the hearing and determination of this written **ORDER TO SHOW CAUSE** that enjoining the said defendant(s), as listed and named within this said instant said cause of action, their successors in office, agent(s) and employee(s) and all other person(s) acting in concern and participation with them to retain a medical specialist in the treatment of successfully medically treating the medical diagnosis of Transsexualism Male-To-Female, in compliance with the **Alabama Department Of Corrections-Administrative Regulation #637, Gender Identity Disorder(s)**, Section **V. <u>PROCEDURES</u>**, sub-section (D)(2).

**IT IS FURTHER ORDERED** that this written **ORDER TO SHOW CAUSE**, and all other papers attached with this application, shall be served on all Defendant(s), as listed and named within this instant said cause of action, on this _____ day of _____, 2007, and the United States Marshals Service directed to effectuate such service.

**DONE ON THIS _____ DAY OF _____, 2007.**

_____
**UNITED STATES DISTRICT COURT JUDGE**
**SOUTHERN DISTRICT OF ALABAMA**

CC: Honorable Kim Tobias Thomas, Assistant General Counsel
State Of Alabama

3