IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RE'NAUL M. JOHNSON, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 07-0278-KD-M |
| RICHARD ALLEN, et al, | : |
| Defendants. | : |

ORDER

Plaintiff, an Alabama prison inmate proceeding pro se, filed a Motion to Proceed Without Prepayment of Fees (Docs. 2 and 4). Plaintiff's motions indicates that Plaintiff is unable to pay the statutory partial filing fee toward the $350.00 filing fee. 28 U.S.C. § 1915(b)(1). Nevertheless, Plaintiff is allowed to proceed with this action as provided by 28 U.S.C. § 1915(b)(4). Accordingly, it is **ORDERED** that Plaintiff's Motions to Proceed Without Prepayment of Fees (Docs. 2 and 4) be **GRANTED**.

The Clerk is **DIRECTED** to withhold service of process until further notification. The Court is now required to screen Plaintiff's action pursuant to 28 U.S.C. § 1915(e)(2)(B) and dismiss the action if it is frivolous, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.

**OTHER**: Since the complaint has not been served, Plaintiff's Motion to Amend Complaint (Doc. 5) is **GRANTED**.

DONE this 6th day of June, 2007.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE