Ariel A. Adla
(Re'Naul M. Johnson, #166237)
G.K. Fountain Correctional Center
Fountain 3800
Atmore, Alabama 36503-3800

July 1, 2007,

United States District Court
Southern Division Of Alabama
ATTN: Honorable Charles R. Diard,
District Court Clerk,
113 St. Joseph Street
Mobile, Alabama 36602

RE: **ARIEL A. ADLA (Re'Naul M. Johnson) v. HONORABLE RICHARD ALLEN**, Civil Action No.: 07-0278-KD-M;

Perfect Service Of 42 United States Constitution (U.S.C.) 1983 Civil Rights Complaint As Filed Upon Listed And Named Defendant And Application For Temporary Restraining Order And/Or In The Alternative Application For Preliminary Injunction.

Dear Mr. Diard,

This written communicative correspondence hereby addressed and directed to you is to inquire about the status of this 42 United States Constitution (U.S.C.) §1983 Civil Rights Complaint, as thereby filed, in April, 2007. I also, would like to take this particular and specific opportunity to inquire about the Application For Temporary Restraining Order And/Or In The Alternative Application For Preliminary Injunction, thereby seeking emergency and immediate medical relief, prior to the scheduling of a hearing. It has been approximately ninety (90) days, in which, I have filed this civil rights complaint. During this time, I have only been notified of a deficiency, in which was needed

1

to be corrected and that was to sign the Declaration Of In Forma Pauperis. I was given until May 19, 2007 to have this form signed and returned to this Most Honorable Court, however, I signed and mailed this form and returned it back to this Court, prior to May 19, 2007, and yet it has been well over thirty (30) days, since I have been informed that my civil rights complaint as filed was being screened pursuant to Title 28 U.S.C. 1915. Nor have I been informed whether the Application For Temporary Restraining Order And/Or In The Alternative Application For Preliminary Injunction been forwarded to the United States District Court Judge, as thereby assigned to this instant said cause of action, as thereby filed.

    Your prompt attention and your immediate response to me, regarding this matter will forever so be appreciated with that of the utmost respect and the deepest of gratitude.

Respectfully Submitted,

*Ariel A. Adla*
*(Re'Naul M. Johnson)*
Ariel A. Adla
(Re'Naul M. Johnson)
**Plaintiff, pro se,**

AAA-RMJ/

CC:    Personal File

2

Ariel A. Adla
(Re'Naul M. Johnson, #166237)
G.K. Fountain Correctional Center
Fountain 3800
Atmore, Alabama 36503-3800

CONFIDENTIAL, PERSONAL AND PRIVATE

Civil Action No.: 1:07-0278-KD-M

MOBILE AL 366
29 JUN 2007 PM 2 L

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
ATTN: Honorable Charles R. Diard, Jr.
District Court Clerk
113 St. Joseph Street
Mobile, Alabama 36602

36602+3602

LEGAL