IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RE'NAUL M. JOHNSON, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 07-0278-KD-M |
| RICHARD ALLEN, et al., | : |
| Defendants. | : |

<u>ORDER</u>

Plaintiff's Motion for Status (Doc. 12) is **GRANTED**. This action will not proceed until it has been reviewed for frivolousness which will occur when the resources and case load of the Court permit. Plaintiff will be notified once the Court has ruled. The Clerk is **DIRECTED** to send Plaintiff a copy of the docket sheet.

DONE this 19th day of July, 2007.

<u>s/BERT W. MILLING, JR.</u>
UNITED STATES MAGISTRATE JUDGE