IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| ARIEL A. ADLA (RE'NAUL M. JOHNSON) <br> ~~Petitioner~~/Plaintiff/~~Appellant~~, <br><br> vs. <br><br> HON. RICHARD F. ALLEN, et al., <br> ~~Respondent(s)~~/Defendant(s)/~~Appellee(s)~~ | * <br> * <br> * <br> * Case No. 07-0278-KD-M <br> * <br> * <br> * <br> * |

## CHANGE OF ADDRESS NOTIFICATION

COMES NOW, __Ariel A. Adla (Re'Naul M. Johnson)__, the ~~Petitioner~~/Plaintiff/~~Appellant~~, pro se, does hereby notify this Most Honorable Court of a change of mailing address. The ~~Petitioner's~~/Plaintiff's/~~Appellant's~~ former mailing address was as follow(s):

Ariel A. Adla

(Re'Naul M. Johnson)

G.K. Fountain Correctional Center

Fountain 3800

Atmore, Alabama  36503-3800

The ~~Petitioner's~~/Plaintiff's/~~Appellant's~~ correct and current mailing address, by which, this notification is requesting, for the record of this Court within this instant said cause of action to reflect is as follow(s):

Ariel A. Adla

(Re'Naul M. Johnson, #166237)

Staton Correctional Center

Post Office Box 56

Elmore, Alabama  36025-0056

FILED AUG 20 '07 PM 1:08 USDCALS

**WHEREFORE, ALL PREMISES BEING CONSIDERED,** the ~~Petitioner~~/Plaintiff/ ~~Appellant~~, pro se prays this court to amend its current record to reflect the current address as requested of such within this change of address notification.

Respectfully submitted

*/s/ Ariel A. Adla*
*/s/ Re'Naul M. Johnson*
Ariel A. Adla
(Re'Naul M. Johnson)
~~Petitioner~~/Plaintiff/~~Appellant~~, pro se

## CERTIFICATE OF SERVICE

I do hereby certify that on this 14th day August, 2007, I have served a copy of the foregoing __CHANGE OF ADDRESS NOTIFICATION__ by placing a copy of same within the Internal Inmate Mailing System, at Staton Correctional Center, Post Office Box 56, Elmore, Alabama 36025-0056, Postage Pre-Paid first class and properly addressed as follow(s):

**Alabama Department Of Corrections
Legal Division
ATTN: Honorable Kim Tobias Thomas
Assistant Attorney General
General Counsel**
101 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36130-1501

Respectfully Submitted,

Ariel A. Adla
(Re'Naul M. Johnson, #166237)
Staton Correctional Center
Post Office Box 56
Elmore, AL 36025-0056

Ariel A. Adla
(Re'Naul M. Johnson, #166237)
Staton Correctional Center
F-1-23B
Post Office Box 56
Elmore, Alabama 36025-0056

9577

**CONFIDENTIAL, PERSONAL AND PRIVATE**

State Of Alabama
Central Mail Ops

#5

United States District Court
Southern District Of Alabama (Mobile)
Southern Division
113 St. Joseph Street
Mobile, Alabama 36602

LEGAL