IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RE'NAUL M. JOHNSON, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 07-0278-KD-M |
| RICHARD ALLEN, et al., | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **TRANSFERRED** to the United States District Court for the Middle District of Alabama.[1]

DONE this the 22nd day of August, 2007.

   s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Additionally, on August 20, 2007, plaintiff filed notice with the court that he had been transferred to the Staton Correctional Center in Elmore, Alabama. (Doc. 16). Elmore, Alabama is located in Elmore County which is located within the jurisdiction of the transferee court.