IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RE'NAUL M. JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-0767-WKW |
| RICHARD ALLEN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Plaintiff's Motion to Waive Posting of Financial Securities, As Required To File an Application for a Temporary Restraining Order and or in the Alternative Preliminary Injunction (Doc. # 7), it is hereby ORDERED that, to the extent plaintiff moves this court for a temporary restraining order, it is DENIED.

It is further ORDERED that this case is referred to the Magistrate Judge for further proceedings.

DONE this 30th day of August, 2007.

                                                      /s/ W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE