IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RE'NAUL M. JOHNSON,                )
a.k.a., ARIEL A. ADLA,              )
AIS #166237,                        )
                                    )
         Plaintiff,                 )
                                    )
    v.                              )    CIVIL ACTION NO. 2:07-CV-767-WKW
                                    )
ALA. DEPT. OF CORRECTIONS, et al.,  )
                                    )
         Defendants.                )

**ORDER ON MOTION**

Upon consideration of the motion to waive posting of financial securities for a filing motion

for temporary restraining order (Court Doc. No. 7), and as the court allowed such filing without

plaintiff posting any security, it is

ORDERED that this motion be and is hereby DENIED as moot.

Done this 30th day of August, 2007.


                        /s/ Terry F. Moorer
                    TERRY F. MOORER
                    UNITED STATES MAGISTRATE JUDGE