IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RE'NAUL M. JOHNSON, | ) | |
| a.k.a., ARIEL A. ADLA, | ) | |
| AIS #166237, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-CV-767-WKW |
| | ) | |
| ALA. DEPT. OF CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the order entered by the United States District Court for the Southern District of Alabama on June 6, 2007 granting the plaintiff's motions to proceed without prepayment of fees (Court Doc. No. 11), and as the court failed to apply the provisions of 28 U.S.C. § 1915(g) in making this determination, it is

ORDERED that the above described order be and is hereby VACATED to the extent it grants the plaintiff leave to proceed *in forma pauperis* in this cause of action.

Done this 4th day of September, 2007.

　　　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE