IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RE'NAUL M. JOHNSON, ) | |
| a.k.a., ARIEL A. ADLA, ) | |
| AIS #166237, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:07-CV-767-WKW |
| ) | |
| ALA. DEPT. OF CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that the plaintiff is GRANTED an extension from September 17, 2007 to and including September 28, 2007 to file objections to the Recommendation entered on September 4, 2007 (Court Doc. No. 22).

Done this 17th day of September, 2007.

　　　　　　　　　　　　　　　　　　/s/ Terry F. Moorer
　　　　　　　　　　　　　　　　　　TERRY F. MOORER
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE