IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA (MONTGOMERY)
NORTHERN DIVISION

ARIEL A. ADLA
(RE'NAUL M. JOHNSON),
    Plaintiff,

VS.

        CIVIL ACTION NO.: 2:07-CV-767-WKW

RICHARD ALLEN, et al.,
    Defendant(s).

**PLAINTIFF'S WRITTEN NOTICE OF APPEAL TO THE COURT'S DENIAL OF THE PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER AND/OR IN THE ALTERNATIVE AN APPLICATION FOR A PRELIMINARY INJUNCTION**

**COMES NOW,** Ariel A. Adla (Re'Naul M. Johnson), the Plaintiff, pro se, does hereby serve upon this Most Honorable Court, Notice Of Appeal to this Court's, August 30, 2007, denial of the Plaintiff's Application For A Temporary Restraining Order And/Or In The Alternative An Application For A Preliminary Injunction. This Notice of Appeal is served in accordance with the Federal Rules Of Appellate Procedure (Fed. R. App. P.).

**DONE ON THIS 25th DAY OF SEPTEMBER, 2007.**

Respectfully Submitted,

Ariel A. Adla
(Re'Naul M. Johnson, #166237)
Staton Correctional Center
Dorm F-2-28A
Post Office Box 56
Elmore, Alabama 36025-0056

## CERTIFICATE OF SERVICE

I do hereby certify that on this 25th day September, 2007, I have served a copy of the foregoing Notice Of Appeal To The Court's Denial Of Request For TRO/Preliminary Injunction by placing a copy of same within the Internal Inmate Mailing System, at Staton Correctional Center, Post Office Box 56, Elmore, Alabama 36025-0056, Postage Pre-Paid first class and properly addressed as follow(s):

Alabama Department Of Corrections
Legal Division
ATTN: Honorable Tara Smelley Knee
Assistant Attorney General
Assistant General Counsel
101 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36103-1501

Respectfully Submitted,

*/s/ Ariel A. Adla*
*/s/ Re'Naul M. Johnson*

Ariel A. Adla
(Re'Naul M. Johnson, #166237)
  Staton Correctional Center
  Post Office Box 56
  Elmore, AL 36025-0056

Ariel A. Adla
(Le'Naul M. Johnson, #166237)
Staton Correctional Center
Dorm F-2-28A
Post Office Box 56
Elmore, Alabama 36025-0056

MONTGOMERY AL 361
01 OCT 2007 PM 1 T

United States District Court
Middle District of Alabama
Northern Division
Attn: Honorable Debora Hackett
Clerk of the Court
Post Office Box 711
Montgomery, Alabama 36101-0711