# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

October 3, 2007

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA   30303

USDC No. CV-07-W-767-N

USCA No._____

IN RE: RE'NAUL M. JOHNSON VS. AL DEPARTMENT OF CORRECTIONS, ET AL.

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
_X_ Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
_X_ First Notice of Appeal: _X_ Yes, __ No  Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
___ Yes, The Court Reporter(s) is/are:
_X_ No                              Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):____
___ IFP_; and/or APPEALABILITY/CPC is pending in this Court.
___ Court Appointed Counsel/CJA; ___ Yes; ___ No; Copy of Order Enclosed:
_X_ The Appellate docket fee has been paid _ Yes, _X_ No:____Date , Receipt#_____
___ Appellant has been ___GRANTED;_DENIED IFP, Copy of Oder enclosed.
___ Appellant has been ___GRANTED;_DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___ Appeal Bond,____ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: WILLIAM KEITH WATKINS
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___ This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
  __Volume(s) of Pleadings, __ Volume(s) of Transcripts,
  ___ SEALED ITEMS, ie. ___PSI(s)____; OTHER____; TAPE(s)__
  ___ Exhibits:____Envelope
  __Volume (s) of Original Papers

cc:                              Sincerely,

                                 DEBRA P. HACKETT, CLERK

                                 By: Yolanda Williams
                                     Deputy Clerk

# U.S. District Court
## Alabama Middle District (Montgomery)
### CIVIL DOCKET FOR CASE #: 2:07-cv-00767-WKW-TFM
### Internal Use Only

Johnson v. Alabama Department of Corrections et al (INMATE 1)
Assigned to: Honorable William Keith Watkins
Referred to: Honorable Terry F. Moorer
Demand: $1,055,000
Case in other court: USDC-SDAL - Mobile Division, 1:07-cv-00278-KD-M
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 08/27/2007
Jury Demand: Plaintiff
Nature of Suit: 555 Habeas Corpus (Prison Condition)
Jurisdiction: Federal Question

### Plaintiff

**Re'Naul M. Johnson**
*also known as*
Ariel A. Adla

represented by **Re'Naul M. Johnson**
AIS 166237
ADOC STATON
Staton Correctional Facility
P O Box 56
Elmore, AL 36025
PRO SE

V.

### Defendant

**Alabama Department of Corrections**
*being sued in its official*

### Defendant

**Richard Allen**
*Hon. being sued in his official capacity*

### Defendant

**Ron Canvanaugh**
*Dr., Psy.D., being sued within his individual and official capacities*

### Defendant

**George Lyrene**
*Dr., M.D., being sued within his individual and official capacities*

**Defendant**

**Prison Healthcare Services**
*being sued within their individual and official capacities*

**Defendant**

**Sylvia McQueen**
*Dr., M.D., being sued within her individual and official capacities*

**Defendant**

**Robert Barnes**
*Dr., M.D., being sued within his individual and official capacities*

**Defendant**

**Mental Healthcare Management**
*being sued within their individual and official capacities*

**Defendant**

**Robert Hunter**
*Dr., M.D., being sued within his individual and official capacities*

**Defendant**

**Jerry Ferrell**
*being sued within his individual and official capacities*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/18/2007 | 1 | Inmate 1983 COMPLAINT against all defendants, filed by Re'Naul M. Johnson.(cb, ) (Entered: 08/29/2007) |
| 04/18/2007 | 2 | Motion for Leave to Proceed In Forma Pauperis filed by Re'Naul M. Johnson. (cb, ) (Entered: 08/29/2007) |
| 04/18/2007 |  | DEMAND for Trial by Jury by Re'Naul M. Johnson. No pdf attached to this entry. See 1 for pdf. (cb, ) (Entered: 08/29/2007) |
| 04/30/2007 | 3 | Order entered by USDC-SD of AL directing the clerk to return original IFP motion and plaintiff to sign and return NLT 5/29/07. (cb, ) (Entered: 08/29/2007) |

| 05/09/2007 | 4 | Motion for Leave to Proceed in forma pauperis by Re'Naul M. Johnson. (cb, ) (Entered: 08/29/2007) |
|---|---|---|
| 05/09/2007 | 5 | Motion to Amend Complaint by Re'Naul M. Johnson. (cb, ) (Entered: 08/29/2007) |
| 05/09/2007 | 6 | AMENDED COMPLAINT against all defendants, filed by Re'Naul M. Johnson.(cb, ) (Entered: 08/29/2007) |
| 05/09/2007 | 7 | MOTION to Waive Posting of Financial Securities as Required to File an Application for a Temporary Restraining Order and Or In the Alternative Preliminary Injunction by Re'Naul M. Johnson. (cb, ) (Entered: 08/29/2007) |
| 05/09/2007 | 8 | Memorandum of Law and Brief in Support of Application for a Temporary Restraining ORder and/or in the Alternative Application for a Preliminary Injunction filed by Re'Naul M. Johnson. (cb, ) (Entered: 08/29/2007) |
| 05/09/2007 | 9 | AFFIDAVIT in Support of 7 Motion to Waive Posting of Financial Securities and Motion Temporary Restraining Order by Re'Naul M. Johnson. (cb, ) (Entered: 08/29/2007) |
| 05/09/2007 | 10 | NOTICE of Filing Proposed Order re 7 Motion to Waive Posting of Financial Securities and Motion Temporary Restraining Order (Order to Show Case and Temporary Restraining Order and/or in the Alternative Preliminary Injunction) by Re'Naul M. Johnson. (cb, ) (Entered: 08/29/2007) |
| 05/09/2007 |  | Application for Temporary Restraining Order by Re'Naul M. Johnson. No pdf to this entry. See 8 Memorandum of Law and Brief in Support for pdf. (cb, ) (Entered: 08/29/2007) |
| 06/06/2007 | 11 | (VACATED PURSUANT TO 21 ORDER REGARGIND GRANTING OF IFP MOTIONS) ORDERED entered by USDC-SD of AL granting 2 and 4 Motions to Proceed Without Prepayment of Fees; directing the Clerk to withhold service of process until further notification; and GRANTING 6 Motion to Amend Complaint. (cb, ) Modified on 9/4/2007 (wcl, ). (Entered: 08/29/2007) |
| 07/03/2007 | 12 | Motion for Status field by Re'Naul M. Johnson. (cb, ) (Entered: 08/29/2007) |
| 07/19/2007 | 13 | ORDER entered by the USDC-SD of AL granting 12 Motion for Status; and directing the Clerk to send plaintiff a copy of the docket sheet. (cb, ) (Entered: 08/29/2007) |
| 08/03/2007 | 14 | Report and Recommendation re 6 Complaint be transferred to the USDC for the MD of AL. Objections to R&R due by 8/23/07.. (cb, ) (Entered: 08/29/2007) |
| 08/15/2007 | 15 | Objection to 14 Report and Recommendations by Re'Naul M. Johnson. (cb, ) Modified on 8/29/2007 to correct the file date of the objection (cb, ). (Entered: 08/29/2007) |

| | | |
|---|---|---|
| 08/20/2007 | 16 | NOTICE of Change of Address by Re'Naul M. Johnson (cb, ) (Entered: 08/29/2007) |
| 08/23/2007 | 17 | Order Adopting 14 Report and Recommendations. This action is hereby TRANSFERRED to the USDC-MD of AL. (cb, ) (Entered: 08/29/2007) |
| 08/27/2007 | 18 | Case transferred in from District of USDC-Southern District of AL; Case Number 1:07cv278-KD-M. Original file received electronically, filed by Re'Naul M. Johnson.(cb, ) (Entered: 08/29/2007) |
| 08/28/2007 | | (Court only) Staff Attorneys added as interested parties. Assignment of Staff Attorney Anderson. Set Anderson & Inmate Flags. (kh) (Entered: 08/28/2007) |
| 08/30/2007 | 19 | ORDER denying 7 Motion for Temporary Restraining Order. Signed by Judge William Keith Watkins on 8/30/2007. (cb, ) (Entered: 08/30/2007) |
| 08/30/2007 | 20 | ORDER that 7 Motion to Waive Posting of Financial Securities for a Filing Motion for Temporary Restraining Order is DENIED as moot. Signed by Judge Terry F. Moorer on 8/30/2007. (cb, ) (Entered: 08/30/2007) |
| 09/04/2007 | 21 | ORDER VACATING the 11 Order to the extent it grants the plf leave to proceed in forma pauperis in this cause of action. Signed by Judge Terry F. Moorer on 9/4/2007. (wcl, ) (Entered: 09/04/2007) |
| 09/04/2007 | 22 | ORDER denying 2 and 4 Motions for Leave to Proceed in forma pauperis; it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice for the plf's failure to pay the full filing fee upon the initiation of this case; Objections to R&R due by 9/17/2007. Signed by Judge Terry F. Moorer on 9/4/2007. (wcl, ) (Entered: 09/04/2007) |
| 09/17/2007 | 23 | ORDERED that the plf is GRANTED an extension from 9/17/2007 to an including 9/28/2007 to file objections to the 22 Recommendation entered on 9/4/2007; Objections to R&R due by 9/28/2007. Signed by Judge Terry F. Moorer on 9/17/2007. (wcl, ) (Entered: 09/17/2007) |
| 09/21/2007 | 24 | OBJECTION to 22 Report and Recommendations by Re'Naul M. Johnson. (wcl, ) (Entered: 09/21/2007) |
| 10/02/2007 | 25 | NOTICE OF INTERLOCUTORY APPEAL by Re'Naul M. Johnson to the United States Court of Appeals for the Eleventh Circuit from the 19 Order denying Motion for TRO, entered on August 30, 2007. Copies mailed (ydw, ) (Entered: 10/03/2007) |
| 10/03/2007 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet and Order to US Court of Appeals re 25 Notice of Interlocutory Appeal (ydw, ) (Entered: 10/03/2007) |