IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA (MONTGOMERY)
NORTHERN DIVISION

ARIEL A. ADLA
(RE'NAUL M. JOHNSON),
    Plaintiff,

VS.   CIVIL ACTION NO.: 2:07-CV-767-WKW

RICHARD ALLEN, et al.,
    Defendant(s).

PLAINTIFF'S WRITTEN OBJECTION(S) TO THE
COURT'S DENIAL OF THE PLAINTIFF'S APPLICATION FOR
A TEMPORARY RESTRAINING ORDER AND/OR IN THE ALTERNATIVE
AN APPLICATION FOR A PRELIMINARY INJUNCTION,
PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE
(FED. R. CIV. P.), RULE 65

**COMES NOW**, Ariel A. Adla (Re'Naul M. Johnson), the Plaintiff, pro se, pursuant to the written order from this Most Honorable Court, dated August 30, 2007, thereby denying, the Plaintiff's Application For A Temporary Restraining Order And/Or In The Alternative An Application For A Preliminary Injunction, pursuant to the Federal Rules Of Civil Procedure (Fed. R. Civ. P.), Rule 65, for ground(s), as hereby follow:

    1. The Plaintiff object(s) to the denial of this Court, regarding the Plaintiff's Application For A Temporary Restraining Order And/Or In The Alternative An Application For A Preliminary Injunction, thereby dated, August 30, 2007, due to this Court's failure to hold a hearing and subsequently failing to make a specific finding of fact of any reason(s) for such denial, thereby denied, the Plaintiff due process of law, as guaranteed and secured under the governing provision(s) of the Fourteenth (14th) Amendment of the United States Constitution.

    **WHEREFORE, ALL PREMISES BEING HEREBY CONSIDERED**, the Plaintiff prays, for this Honorable to reconsider its August 30, 2007, denial of the Plaintiff's Application For A Temorary Restraining Order And/Or In The Alternative An Application For A Preliminary

Injunction and thereby immediately issue a Temporary Restraining Order or schedule a hearing in considering the Plaintiff's alternative Application For Preliminary Injunction, in accordance with the Federal Rules Of Civil Procedure (Fed. R. Civ. P.), Rule 65, where the Plaintiff has established and made a primie facie showing upon the face of the record that [s]he is entitled to such proper consideration , as matter of law.  The Plaintiff, also prays for any and all other equitable relief, in which this Honorable Court deems appropriate, necessary and proper, as a matter of law, thereof.

Respectfully Submitted,

/s/ Ariel A. Adla
/s/ Re'Naul M. Johnson
Ariel A. Adla
(Re'Naul M. Johnson, #166237)
Staton Correctional Center
Dorm F-2-28A
Post Office Box 56
Elmore, Alabama 36025-0056

## CERTIFICATE OF SERVICE

I do hereby certify that on this 25th day September, 2007, I have served a copy of the foregoing Written Objections To The Court's Denial Of Plaintiff Application TRO/Prelinary Injunction by placing a copy of same within the Internal Inmate Mailing System, at Staton Correctional Center, Post Office Box 56, Elmore, Alabama 36025-0056, Postage Pre-Paid first class and properly addressed as follow(s):

```
Alabama Department Of Corrections
Legal Division
ATTN:  Honorable Tara Smelley Knee
Assistant Attorney General
Assistant General Counsel
101 South Ripley Street
Post Office Box 301501
Montgomery, Alabama 36103-1501
```

Respectfully Submitted,

*Ariel A. Adla*
*(Re'Naul Johnson)*

Ariel A. Adla
(Re'Naul M. Johnson, #166237)
Staton Correctional Center
Post Office Box 56
Elmore, AL 36025-0056

Ariel A. Adla
(Le'Naul M. Johnson, #166237)
Staton Correctional Center
Dorm F-2-28A
Post Office Box 56
Elmore, Alabama 36025-0056

MONTGOMERY AL 361
01 OCT 2007 PM 2 L

United States District Court
Middle District Of Alabama (Montgomery)
Northern Division
ATTN: Honorable Debra Hackett
Clerk Of the Court
Post Office Box 711
Montgomery, Alabama 36101-0711