# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

October 30, 2007

RECEIVED
2007 NOV -2  A 9:58

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Re'Naul M. Johnson (AIS 166237)
Staton CF
PO BOX 56
ELMORE AL 36025-0056

**Appeal Number: 07-14665-D**
Case Style: Re'Naul M. Johnson v. AL DOC
District Court Number: 07-00767 CV-W-N

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of fourteen (14) days from this date, **this appeal will be dismissed by the clerk without further notice** unless the default(s) noted below have been corrected:

Other: Pay the $455 filing fee or file a motion for relief from obligation to pay the fee in advance. (see this court's previous letter dated 10-10-07)

11th Cir. R. 42-1(b) also provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183

c: District Court Clerk

DIS-1 (04-2006)

RECEIVED

2007 NOV -2 A 9: 58

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

October 30, 2007

**Appeal Number: 07-14665-D**
Case Style: Re'Naul M. Johnson v. AL DOC
District Court Number: 07-00767 CV-W-N

TO:   Re'Naul M. Johnson (AIS 166237)

CC:   Debra P. Hackett

CC:   Troy King

CC:   Administrative File