IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| RE'NAUL M. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cv-0767-WKW |
| | ) | |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al*., | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the plaintiff's motion for leave to appeal *in forma pauperis* (Doc. # 32), it is ORDERED that the motion is GRANTED.

DONE this the 2nd day of January, 2008.

       /s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE