Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055



January 22, 2008

**Appeal Number: 07-14665-D**
Case Style: Re'Naul M. Johnson v. AL DOC
District Court Number:  07-00767 CV-W-N

TO:   Debra P. Hackett

CC:   Re'Naul M. Johnson (AIS 166237)

CC:   Troy King

CC:   Administrative File

CC:   Administrative File

# United States Court of Appeals

Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

January 22, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

**Appeal Number: 07-14665-D**
Case Style: Re'Naul M. Johnson v. AL DOC
District Court Number: 07-00767 CV-W-N


The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued as the mandate of this court. See 11th Cir. R. 40-4 and 11th Cir. R. 41-4.

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Nancy Holbrook (404) 335-6183


Encl.

DIS-4 (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

```
FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 2 2 2008
THOMAS K. KAHN
CLERK
```

No. 07-14665-D

RE'NAUL M. JOHNSON,
a.k.a. Ariel A. Adla,

                            Plaintiff-Appellant,

versus

ALABAMA DEPARTMENT OF CORRECTIONS,
being sued in its official capacity,
RICHARD ALLEN,
Hon. being sued in his official capacity,
RON CAVANAUGH,
Dr., Psy.D., being sued within his individual
and official capacities,
GEORGE LYRENE,
Dr., M.D., being sued within his individual
and official capacities,
PRISON HEALTHCARE SERVICES,
being sued within their individual and
official capacities, et al.,

                            Defendants-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

Before TJOFLAT, BLACK, and MARCUS, Circuit Judges.

BY THE COURT:

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

*[signature]*
Deputy Clerk
Atlanta, Georgia

This appeal is DISMISSED for lack of jurisdiction. The district court's August 30, 2007, order denying Re'Naul M. Johnson's motion for a temporary restraining order ("TRO") is not final or immediately appealable. See 28 U.S.C. §§ 1291, 1292(a)(1); McDougald v. Jenson, 786 F.2d 1465, 1472-73 (11th Cir. 1986).